SHB:JAW
AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

vs.

MONTEZ EUGENE BROWN
a.k.a Tez Blood

(FILED UNDER SEAL)
Case No.  23-mj-283 (TNL)

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

Count 1:  On or about April 4, 2023, in Hennepin County, Minnesota, in the State and District of Minnesota, the defendant, Montez Eugene Brown, did unlawfully, knowingly and intentionally possess with the intent to distribute a mixture and substance containing fentanyl, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

Count 2:  On or about April 4, 2023, in Hennepin County, Minnesota, in the State and District of Minnesota, the defendant, Montez Eugene Brown, did unlawfully, knowingly and intentionally possess a machinegun, that is, a Glock 17, 9mm, serial number LDS462, equipped with an extended magazine and a "switch," in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, the crime set forth in Count 1 of this Criminal Complaint, which is realleged and incorporated herein by reference, in violation of Title 18, United States Code, Section 924(c)(1)(B)(ii).

I further state that I am a Task Force Officer, Federal Bureau of Investigation (FBI) and that this complaint is based on the following facts:

See Attached Affidavit.

Continued on the attached sheet and made a part hereof:   ☒Yes   ☐ No

*Complainant's signature*

David J. Ligneel, Task Force Officer, FBI
*Printed name and title*

Subscribed and Sworn before me by reliable electronic means via FaceTime and e-mail pursuant to Fed. R. Crim. P. 41(d)(3)

Date:  April 5, 2023

*Judge's signature*

City and state:  Minneapolis, Minnesota

Tony N. Leung, United States Magistrate Judge
*Printed name and title*