UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **NOTICE OF APPEARANCE** |
| Plaintiff | Case No: 23-mj-283 (TNL) |
| v. | |
| MONTEZ EUGENE BROWN, | |
| Defendant | |

The undersigned attorney hereby notifies the Court and counsel that Frederick J. Goetz, shall appear as retained counsel of record for Defendant MONTEZ EUGENE BROWN in this case.

Dated: April 8, 2023    GOETZ & ECKLAND P.A.

By: ___*s/Frederick J. Goetz*_____
FREDERICK J. GOETZ
Attorney Registration No. 185425
Banks Building
615 1st Avenue NE, Suite 425
Minneapolis, MN 55413
(612) 874-1552

ATTORNEY FOR DEFENDANT