# UNITED STATES DISTRICT COURT
## District of Minnesota
### NOTICE OF APPEAL

USCA 8 NO _____

United States of America

Plaintiff

vs

MONTEZ BROWN

Defendant

District Court Docket Number: 23-CR-160 (1) (NEB/JFD)

District Court Judge: Hon. Nancy E. Brasel

Notice is given that MONETZ BROWN appeals to the United States Court of Appeals for the Eighth Circuit from the [✓] Judgment & Commitment [ ] Order (Specify) entered in this action on April 16, 2024

Signature of Defendant's Counsel

Typed name of Defendant's Counsel: Frederick J. Goetz

Street Address/Room Number: 615 First Ave. ME Suite 425

Telephone Number: (612) 874-1552

City: Minneapolis   State: MN   Zip: 55413

Date: April 24, 2024

## TRANSCRIPT ORDER FORM
### TO BE COMPLETED BY ATTORNEY FOR APPELLANT

[✓] Please Prepare a transcript of:
- [ ] Pre-trial proceedings
- [ ] Testimony or
- [ ] Portions thereof
- [✓] Sentencing
- [ ] Post Trial Proceedings
- [✓] Other (Specify) Change of Plea

[ ] I am not ordering a transcript because
- [ ] Previously filed
- [ ] Other (Specify) _____

### CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon US District Court, court reporter and all counsel of record, and that satisfactory arrangements for payment of costs of transcripts ordered have been made with the court reporter. (FRAP 10(b)). Method of payment [ ] Funds, [✓] CJA Form 24 completed (Pending)

Attorney's Signature

Date: April 24, 2024

NOTE: Complete All Items on Reverse Side

## INFORMATION SHEET
### TO BE COMPLETED BY ATTORNEY FOR APPELLANT

1. Defendant's Address: ADDRESS REDACTED.

2. Date of Sentence: April 10, 2024    ☐ Jury    ☑ Non-Jury

   Offenses: Count 1: RICO 18 U.S.C. Sec. 1962 (d) conspiracy; Count 3: 21 U.S.C. Sec.s 841(a)(1), 841 (B)(1)(A) and 846.

   Trial Testimony - Number of days _____    Bail Status: _____

3. Sentence and Date Imposed: 235 Months; counts 1 and 3, to be served concurrently

4. Appealing:    Sentence ☑    Conviction ☐    Both ☐

   Challenging:    ☑ Application of Sentencing Guidelines
   ☐ Constitutionality of Guidelines
   ☐ Both Application and Constitutionality

5. Date Trial Transcript ordered by Counsel or District Court: April 24, 2024

   Stenographer in Charge: Renee Rogge
   (Name, Address, Phone) 300 South Fourth Street-Suite 202,

6. Trial Counsel Was:    ☐ Appointed (no fee required)    ☑ Retained (filing fee $255 unless IFP granted)

   Does Defendant's financial status warrant appointment of counsel on appeal?
   ☑ Yes    ☐ No

   Affidavit of Financial Status filed: To Be Filed

   Is there any reason why trial counsel should not be appointed as counsel on appeal?
   ☐ Yes    ☑ No

7. Assistant US Attorney Name and Phone Number: Justin Wesley 612-664-5600

### Court Reporter Acknowledgment

Date Order Received _____    Estimated Completion Date _____    Est. Number of Pages _____

Court Reporter Signature _____    Date _____

Noticeofappeal (11/01)